JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney

BRIAN STRETCH (CSBN 163973)
Chief, Criminal Division

DENISE MARIE BARTON (MABN 634052)
Assistant U.S. Attorney

   450 Golden Gate Ave (11th Floor)
   San Francisco, CA 94102
   Telephone: (415) 436-7359
   Facsimile: (415) 436-7234
   denise.barton@usdoj.gov

Attorneys for the United States

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CRIMINAL NO. |
|    Plaintiff, ) | |
|    v. ) | NOTICE OF PROCEEDINGS ON OUT-OF-DISTRICT CRIMINAL CHARGES PURSUANT TO RULES 5(c)(2) AND (3) OF THE FEDERAL RULES OF CRIMINAL PROCEDURE |
| ARMANDO RODRIGUEZ-SAMANO ) | |
|    Defendant. ) | |

Please take notice pursuant to Rules 5(c)(2) and (3) of the Federal Rules of Criminal Procedure that on or about January 16, 2007, the above-named defendant was arrested based upon an arrest warrant (copy attached) issued upon an

   ☐ Indictment

   ☐ Information

   ☐ Criminal Complaint

   ☒ Other (describe): Notice of Violation of Conditions of Supervised Release.

pending in the District of Nevada, Case Number 03-CR-00136 HDM-VPC.[1] In that case, the defendant is charged with a violation of his conditions of supervised release. On November 17, 2003, the defendant was convicted of a violation of Title 8, United States Code, section 1326(b), Illegal Reentry of a Deported Alien, sentenced to a term of imprisonment and conditions of supervised release. On January 27, 2005, the defendant was re-sentenced to a different term of imprisonment and conditions of supervised release. On of his conditions of release mandated that he not commit another federal, state, or local crime. Count One on the notice of Supervised Release Violation charges that on January 14, 2008, the defendant was found in the United States in violation of 8 U.S.C. § 1325 and/or 1326 after being arrested by the San Francisco Police for the crime of robbery. On January 16, 2008, the Honorable Howard D. McKibben issued a warrant for the defendant's arrest.

Respectfully Submitted

JOSEPH P. RUSSONIELLO
UNITED STATES ATTORNEY

Date: January 17, 2008

Denise Marie Barton
Assistant United States Attorney

---

[1] Although the original violation notice was filed Under Seal in the District of Nevada, on January 17, 2008, Probation Officer Richard Oehlerking advised by phone that this filing and attached notice does not need to be filed Under Seal in this Court.

AO 442 (Rev. 10/03) Warrant for Arrest

# UNITED STATES DISTRICT COURT
District of _____ NEVADA _____

UNITED STATES OF AMERICA

v.

Armando Rodriguez-Samano

**WARRANT FOR ARREST**

Case Number: 3:03-cr-00136-HDM-VPC

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest   Armando Rodriguez-Samano
                                                   Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment  ☐ Information  ☐ Complaint  ☐ Order of court  ☐ Probation Violation Petition  ☒ Supervised Release Violation Petition  ☐ Violation Notice

charging him or her with (brief description of offense)

VIOLATION OF CONDITIONS OF SUPERVISION

in violation of Title  18  United States Code, Section(s)  3606

Katie Lynn Ogden
Name of Issuing Officer

Deputy Clerk
Title of Issuing Officer

Signature of Issuing Officer

1/16/2008                Reno, NV
Date                       Location

---

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

AO 442 (Rev. 10/03) Warrant for Arrest

**THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:**

DEFENDANT'S NAME: Armando Rodriguez-Semano

ALIAS: _____

LAST KNOWN RESIDENCE: _____

LAST KNOWN EMPLOYMENT: _____

PLACE OF BIRTH: _____

DATE OF BIRTH: _____

SOCIAL SECURITY NUMBER: _____

HEIGHT: _____  WEIGHT: _____

SEX: _____  RACE: _____

HAIR: _____  EYES: _____

SCARS, TATTOOS, OTHER DISTINGUISHING MARKS:


FBI NUMBER: _____

COMPLETE DESCRIPTION OF AUTO:


INVESTIGATIVE AGENCY AND ADDRESS:



Case 3:08-CR-00138   Document 46   Filed 01/16/2008   Page 2 of 4

Prob12C
D/NV Form
Rev. Mar. 2007

# United States District Court

## for

## the District of Nevada

Order Granting **PETITION FOR WARRANT - SUMMONS FOR OFFENDER UNDER SUPERVISION**

January 16, 2008

Name of Offender: __ARMANDO RODRIGUEZ-SAMANO__

Case Number: __3:03-cr-130-HDM-VPC__

Name of Sentencing Judicial Officer: __Honorable Howard D. McKibben__

Date of Original Sentence: __November 17, 2003; re-sentenced on January 17, 2005__

Original Offense: __Illegal Reentry of a Deported, Removed and/or Excluded Alien__

Original Sentence: __24 months custody of the Bureau of Prison; 36 months supervised release.__

Date Supervision Commenced: __April 26, 2005__

Date Jurisdiction Transferred to District of Nevada: __N/A__

## PETITIONING THE COURT

☒ To issue a warrant

☐ To issue a summons

The probation officer believes the offender has violated the following condition(s) of supervision:

1.  The defendant shall not commit another federal, state or local crime.

    On January 14, 2008, Armando Rodriguez-Samano was found in the United States, willfully being in this country unlawfully, that is without permission of the Attorney General or his successor. He has committed the conduct of Unlawful Reentry By a Deported, Removed and/or Excluded Alien, in violation of 8 U.S.C. § 1326(a) and/or 1325.

    Rodriguez-Samano had been arrested in San Francisco, California, by local authorities for the crime of Robbery. Those charges were dismissed and he came into ICE custody on January 14, 2008. He remains in ICE custody at this time.

Prob12C
DNRV Form
Rev. May, 2007

RE: ARMANDO RODRIGUEZ-SAMANO

## SUMMARY IN SUPPORT OF PETITION FOR WARRANT-SUMMONS

After his release from Bureau of Prisons custody on April 26, 2005, Rodriguez-Samano was taken into ICE custody and removed to Mexico through the Laredo, Texas, Port of Entry on May 9, 2005. Supervised release began on April 26, 2005, upon his release from the Bureau of Prisons facility, and will terminate on April 25, 2008.

As the Court record will reflect, Rodriguez-Samano was originally sentenced on November 17, 2003, to a term of imprisonment of 30 months and 36 months supervised release. However, on January 27, 2005, the defendant was re-sentenced as his case was remanded by the 9th Circuit Court of Appeals due to a finding that the 8-level enhancement for aggravated felony did not apply, but that a 4-level enhancement applied for having a prior felony.

There is no evidence that Rodriguez-Samano received permission to lawfully reenter the United States from the Secretary of the Department of Homeland Security, United States Attorney General or any other designee after his last removal/deportation. The United States Probation Office has had no contact with the defendant since sentencing.

### U.S. Probation Officer Recommendation:

The term of supervision should be:

  ✓  Revoked

\_\_\_ Expanded for \_\_\_\_\_ months, for a total term of \_\_\_\_\_ months.

\_\_\_ The conditions of supervision should be modified as follows:

Case 3:03-CR-00136    Document 46    Filed 01/16/2008    Page 4 of 4

Prob12C
D/NV Form
Rev. Mar. 2007

I declare under penalty of perjury that the information contained herein is true and correct.

Executed on          January 16, 2008

_____
RICK L. GEHLERKING
Supervising United States Probation Officer

RLG/ro

---

**THE COURT ORDERS:**

____ No action

_X_ The issuance of a warrant

____ The issuance of a summons

____ Other

_____
Signature of Judicial Officer

January 16, 2008
Date

CERTIFIED TO BE A TRUE COPY
Clerk, United States District Court
By _____
Deputy Clerk

01/17/2008 12:29  14158387093

U.S. Department of Homeland Security
San Francisco District Office
630 Sansome Street,
San Francisco, CA 94111

RECEIVED
Immigration Detainer - Notice of Action

08 JAN 17 AM 10:27

NORTHERN DISTRICT
OF CALIFORNIA

A20 720 080

JANUARY 17, 2008

| To: (Name and title of institution) | From: (INS office address) |
|---|---|
| U.S. Marshals Service<br>SAN FRANCISCO, CA.<br>Or any subsequent law enforcement agency<br><br>To Follow On All Transfers | U.S. Immigration and Customs Enforcement<br>Detention and Removals<br>630 Sansome Street<br>San Francisco, CA 94111 (415) 844-5646 |

Name of alien: RODRIGUEZ-SAMANO, ARMANDO

CII: CA22855042    FBI: 105062N4

Date of birth: 10/16/1953    Nationality: MEXICO    Sex: M

You are advised that the action noted below has been taken by the U.S. Immigration and Customs Enforcement concerning the above-named inmate of your institution:

☐ Investigation has been initiated to determine whether this person is subject to removal from the United States.

☐ A Notice to Appear or other charging document initiating removal proceedings, a copy of which is attached, was served on _____
    (Date)

☐ A warrant of arrest in removal proceedings, a copy of which is attached, was served on _____
    (Date)

☒ Deportation or removal from the United States has been ordered.

It is requested that you:

Please accept this notice as a detainer. This is for notification purposes only and does not limit your discretion in any decision affecting the offender's classification, work and quarters assignments, or other treatment which he or she would otherwise receive.

☐ Federal regulations (8 CFR 287.7) require that you detain the alien for a period not to exceed 48 hours (excluding Saturdays, Sundays and Federal holidays) to provide adequate time for INS to assume custody of the alien. You may notify INS by calling _____ during business hours or _____ after hours in an emergency.

☒ Please complete and sign the bottom block of the duplicate of this form and return it to this office.

    Please return a signed copy via facsimile to  (415) 844-5591
                                                (Area code and facsimile number)

☒ Notify the nearest DHS/ICE office of the time of release at least 30 days prior to release or as far in advance as possible.
☒ Notify this office in the event of the inmate's death or transfer to another institution.
☐ Please cancel the detainer previously placed by this Service on _____

Cesar Lopez #3452                                    Deportation Officer
(Signature of ICE official)                          (Title of ICE official)

Date of latest conviction: _____    Latest conviction charge: _____

Estimated release date: _____
         SIGNATURE AND TITLE OF OFFICIAL: _____

Form I-247

***************************RECEIPT ACKNOWLEDGED***************************