JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney

BRIAN STRETCH (CSBN 163973)
Chief, Criminal Division

DENISE MARIE BARTON (MABN 634052)
Assistant U.S. Attorney

450 Golden Gate Ave (11th Floor)
San Francisco, CA 94102
Telephone: (415) 436-7359
Facsimile: (415) 436-7234
denise.barton@usdoj.gov

Attorneys for the United States

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

3 - 08 - 70025

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL NO. |
| Plaintiff, | |
| v. | NOTICE OF PROCEEDINGS ON OUT-OF-DISTRICT CRIMINAL CHARGES PURSUANT TO RULES 5(c)(2) AND (3) OF THE FEDERAL RULES OF CRIMINAL PROCEDURE |
| ARMANDO RODRIGUEZ-SAMANO | |
| Defendant. | |

Please take notice pursuant to Rules 5(c)(2) and (3) of the Federal Rules of Criminal Procedure that on or about January 16, 2007, the above-named defendant was arrested based upon an arrest warrant (copy attached) issued upon an

☐ Indictment

☐ Information

☐ Criminal Complaint

☒ Other (describe): Notice of Violation of Conditions of Supervised Release.

pending in the District of Nevada, Case Number 03-CR-00136 HDM-VPC.[1] In that case, the defendant is charged with a violation of his conditions of supervised release. On November 17, 2003, the defendant was convicted of a violation of Title 8, United States Code, section 1326(b), Illegal Reentry of a Deported Alien, sentenced to a term of imprisonment and conditions of supervised release. On January 27, 2005, the defendant was re-sentenced to a different term of imprisonment and conditions of supervised release. On of his conditions of release mandated that he not commit another federal, state, or local crime. Count One on the notice of Supervised Release Violation charges that on January 14, 2008, the defendant was found in the United States in violation of 8 U.S.C. § 1325 and/or 1326 after being arrested by the San Francisco Police for the crime of robbery. On January 16, 2008, the Honorable Howard D. McKibben issued a warrant for the defendant's arrest.

Respectfully Submitted

JOSEPH P. RUSSONIELLO
UNITED STATES ATTORNEY

Date: January 17, 2008

Denise Marie Barton
Assistant United States Attorney

---

[1] Although the original violation notice was filed Under Seal in the District of Nevada, on January 17, 2008, Probation Officer Richard Oehlerking advised by phone that this filing and attached notice does not need to be filed Under Seal in this Court.

AO 442 - (Rev. 12/05) Warrant for Arrest

# UNITED STATES DISTRICT COURT

District of _____ NEVADA

UNITED STATES OF AMERICA

v.

Armando Rodriguez-Samanio

## WARRANT FOR ARREST

Case Number: 3:03-cr-00138-HDI A-VPC

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest    Armando Rodriguez-Samanio

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment    ☐ Information    ☐ Complaint    ☐ Order of court    ☐ Probation Violation Petition    ☑ Supervised Release Violation Petition    ☐ Violation Notice

charging him or her with  (brief description of offense).

VIOLATION OF CONDITIONS OF SUPERVISION

in violation of Title    18    United States Code, Section(s)    3606

Katie Lynn Ogden
Name of Issuing Officer

Signature of Issuing Officer

Deputy Clerk
Title of Issuing Officer

1/18/2008
Date

Reno, NV
Location

---

## RETURN

This warrant was received and executed with the arrest of the above-named defendant at

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

AO 442   (Rev. 10/03) Warrant for Arrest

## THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:

DEFENDANT'S NAME:   Armando Rodriguez-Samano

ALIAS:

LAST KNOWN RESIDENCE:

LAST KNOWN EMPLOYMENT:

PLACE OF BIRTH:

DATE OF BIRTH:

SOCIAL SECURITY NUMBER:

HEIGHT: _____   WEIGHT: _____

SEX: _____   RACE: _____

HAIR: _____   EYES: _____

SCARS, TATTOOS, OTHER DISTINGUISHING MARKS:


FBI NUMBER:

COMPLETE DESCRIPTION OF AUTO:

INVESTIGATIVE AGENCY AND ADDRESS:



Prob12C
DNV Posh
Rev. Mar. 2007

### United States District Court

for

the District of Nevada

Order Granting | PETITION FOR WARRANT - SUMMONS
FOR OFFENDER UNDER SUPERVISION

January 16, 2008

Name of Offender: ARMANDO RODRIGUEZ-SAMANO

Case Number: 3:03-cr-726-HDM-VPC

Name of Sentencing Judicial Officer: Honorable Howard D. McKibben

Date of Original Sentence: November 17, 2003; re-sentenced on January 27, 2005

Original Offense: Illegal Reentry of a Deported, Removed and/or Excluded Alien

Original Sentence: 24 months custody of the Bureau of Prison, 36 months supervised release.

Date Supervision Commenced: April 26, 2005

Date Jurisdiction Transferred to District of Nevada: N/A

### PETITIONING THE COURT

✓ To issue a warrant

___ To issue a summons

The probation officer believes the offender has violated the following condition(s) of supervision:

1.   The defendant shall not commit another federal, state or local crime.

     On January 14, 2008, Armando Rodriguez-Samano was found in the United States, willfully being in this country unlawfully, that is without permission of the Attorney General or his successor. He has committed the offense of Unlawful Reentry By a Deported, Removed and/or Excluded Alien, in violation of 8 U.S.C. § 1326(a) and/or 1325.

     Rodriguez-Samano had been arrested in San Francisco, California, by local authorities for the crime of Robbery. Those charges were dismissed and he came into ICE custody on January 14, 2008. He remains in ICE custody at this time.

Case 3:08-CR-00136 Document 46 Filed 01/16/2008 Page 3 of 4

Prob12C
DNV Form
Rev. May, 2007

RE: ARMANDO RODRIGUEZ-SAMANO

## SUMMARY IN SUPPORT OF PETITION FOR WARRANT-SUMMONS

After his release from Bureau of Prisons custody on April 26, 2005, Rodriguez-Samano was taken into ICE custody and removed to Mexico through the Laredo, Texas, Port of Entry on May 9, 2005. Supervised release began on April 26, 2005, upon his release from the Bureau of Prisons facility, and will terminate on April 25, 2008.

As the Court record will reflect, Rodriguez-Samano was originally sentenced on November 17, 2003, to a term of imprisonment of 30 months and 36 months supervised release. However, on January 27, 2005, the defendant was re-sentenced as his case was remanded by the 9th Circuit Court of Appeals due to a finding that the 8-level enhancement for aggravated felony did not apply, but that a 4-level enhancement applied for having a prior felony.

There is no evidence that Rodriguez-Samano received permission to lawfully reenter the United States from the Secretary of the Department of Homeland Security, United States Attorney General or any other designee after his last removal/deportation. The United States Probation Office has had no contact with the defendant since sentencing.

## U.S. Probation Officer Recommendation:

The term of supervision should be:

___ X Revoked

___ Extended for _____ months, for a total term of _____ months.

___ The conditions of supervision should be modified as follows:

Prob12C
D/NV Form
Rev. Mar. 2007

I declare under penalty of perjury that the information contained herein is true and correct.

Executed on _____ January 16, 2008_____

RICK L. GEHLERKING
Supervising United States Probation Officer

RLG:rs

THE COURT ORDERS:

_____ No action

___X___ The issuance of a warrant.

_____ The issuance of a summons

_____ Other

Signature of Judicial Officer

**January 16, 2008**
Date

CERTIFIED TO BE A TRUE COPY
Clerk, United States District Court
By: _____ Deputy
    Deputy Clerk

U.S. Department of Homeland Security
San Francisco District Office
630 Sansome Street.
San Francisco, CA 94111

RECEIVED

**Immigration Detainer: Notice of Action**

06 JAN 17 AM 10:29 D.

A18 720 091

NORTHERN DISTRICT OF CALIFORNIA    JANUARY 17, 2008

| TO: (Name and title of institution) | From: (INS office address) |
|---|---|
| U.S. Marshals Service | U.S. Immigration and Customs Enforcement |
| SAN FRANCISCO, CA. | Detention and Removals |
| Or any subsequent law enforcement agency | 630 Sansome Street |
|  | San Francisco, CA 94111 (415) 844-5646 |
| To Follow On All Transfers | |

Name of alien:  RODRIGUEZ-SAMANO, ARMANDO

CII: CA22855042    FBI: 155062N4

Date of birth:  10/16/1983    Nationality:  MEXICO    Sex:  MALE

You are advised that the action noted below has been taken by the U.S. Immigration and Customs Enforcement concerning the above-named inmate of your institution:

☐ Investigation has been initiated to determine whether this person is subject to removal from the United States.

☐ A Notice to Appear or other charging document initiating removal proceedings, a copy of which is attached, was served on
_____
      (Date)

☐ A warrant of arrest in removal proceedings, a copy of which is attached, was served on _____
                                                                                                              (Date)

☒ Deportation or removal from the United States has been ordered.

It is requested that you:

Please accept this notice as a detainer. This is for notification purposes only and does not limit your discretion in any decision affecting the offender's classification, work and quarters assignments, or other treatment which he or she would otherwise receive.

☐ Federal regulations (8 CFR 287.7) require that you detain the alien for a period not to exceed 48 hours (excluding Saturdays, Sundays and Federal holidays) to provide adequate time for INS to assume custody of the alien.  You may notify INS by calling
_____ during business hours or _____ after hours in an emergency.

☒ Please complete and sign the bottom block of the duplicate of this form and return it to this office.

Please return a signed copy via facsimile to    (415)    844-5591
                                                (Area code and facsimile number)
☒ Notify the nearest DHS/ICE office of the time of release at least 30 days prior to release or as far in advance as possible.
☒ Notify this office in the event of the inmate's death or transfer to another institution.
☐ Please cancel the detainer previously placed by this Service on _____

Cesar Lopez #3450                                    Deportation Officer
(Signature of ICE official)                          (Title of ICE official)

Date of latest conviction: _____    Latest conviction charge: _____

Estimated release date: _____

SIGNATURE AND TITLE OF OFFICIAL: _____                            Form I-247 (a)

********************************RECEIPT ACKNOWLEDGED********************************