**UNITED STATES DISTRICT COURT**
Northern District of California
450 Golden Gate Avenue
San Francisco, California 94102

www.cand.uscourts.gov

Richard W. Wieking
Clerk

**FILED**

FEB - 1 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Office of the Clerk
U.S. District Court
400 S. Virginia St.
Reno NV 89501

General Court Number
415.522.2000

___ FILED       ___ RECEIVED
___ ENTERED     ___ SERVED ON
                COUNSEL/PARTIES OF RECORD

JAN 28 2008

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

Jan. 24, 2008

Case Name: USA v. Armando Rodriguez-Samano
Case Number: 3:08-70025
Charges: Violation of conditions of supervised release 18:3583

Dear Clerk:

The above charges originated in your district and the defendant has appeared before U.S. Magistrate Judge Elizabeth Laporte   The following action has been taken:

(X) The U.S. Marshal has been ordered to remove this defendant to your district forthwith.
( ) The defendant has a court appearance in your court on:

Enclosed are the following documents:
original Rule 40 affidavit
original minute orders
certified copy of *AO 94, Commitment to Another District*

Please acknowledge receipt of the documents on the attached copy of this letter and return in the envelope provided.

Sincerely yours,

RICHARD WIEKING, Clerk

by: Lori Murray
Case Systems Administrator

Enclosures
cc: Financial Office

---

Receipt of the above-described documents is acknowledged herewith and assigned case number: _____

Date: 1/29/2008

CLERK, U.S. DISTRICT COURT

By